_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 12-272-JST (ANx)                                          Date:  March 27, 2012

Title:  CHRISTIE CASSADY, et al. v. PHH MORTGAGE CORPORATION, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (In Chambers) ORDER ISSUING ORDER TO SHOW CAUSE FOR FAILURE TO SUBMIT LOAN MODIFICATION READINESS FORM


       On March 1, 2012, the Court issued an Order Setting Loan Modification Readiness Conference for April 2, 2012 (Doc. 6).  Defendants were ordered to file and serve the Loan Modification Readiness Conference form at least five (5) court days before the hearing advising the Court whether the Readiness Conference remains necessary or may be vacated.  To date the referenced document has not been filed.

       The Court orders counsel for Defendants to show cause why the Court should not issue sanctions for the failure to timely file the referenced document.  The filing of the document, **no later than March 28, 2012**, shall constitute compliance with this Order.




                                                                    Initials of Preparer:  enm

_____